UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
NOV 16 2016
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. |
| ) | |
| FAITH ROBERSON ) | **4:16CR00505 JAR/JMB** |
| and ) | |
| TIMOTHY DEWAYNE BRANCH, ) | |
| ) | |
| Defendants. ) | |

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### [WIRE FRAUD CONSPIRACY: 18 U.S.C. § 1349]

### INTRODUCTION

1. Beginning in or about September of 2015 and continuing until in or about March of 2016, in the Eastern District of Missouri, **FAITH ROBERSON** and **TIMOTHY DEWAYNE BRANCH**, the defendants herein, and other conspirators, both known and unknown to the Grand Jury, did knowingly and willfully combine, conspire, confederate and agree with each other and others known and unknown to the Grand Jury, to commit the following offense against the United States:

   a. To devise and intend to devise a scheme to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises, and for the purpose of executing the scheme described above, and attempting to do so, to cause to be transmitted by means of wire communication in

interstate commerce signals and sounds, in violation of Title 18, United States Code, Section 1343.

## MANNER AND MEANS

The ways, manner and means by which the foregoing objective of the conspiracy to commit wire fraud were to be accomplished included, but were not limited to, the following:

2. The primary purpose of the conspiracy was for the **FAITH ROBERSON** to issue fraudulent "vendor" payments from company "HDSW" to **TIMOTHY DEWAYNE BRANCH**, who was not in fact a vendor for HDSW and was not entitled to payment from that company.

3. It was further part of the conspiracy that **FAITH ROBERSON**, an employee of HDSW, created vendor accounts identifying **TIMOTHY DEWAYNE BRANCH** as a legitimate vendor, which he was not.

4. It was further part of the conspiracy that on or about October 16, 2015, **FAITH ROBERSON** issued check no. 0000715204 in the amount of $12,374.03 drawn on the bank account of HDSW to purported vendor **TIMOTHY DEWAYNE BRANCH**.

5. It was further part of the conspiracy that on or about November 13, 2015, **FAITH ROBERSON** issued check no. 0000724491 in the amount of $102,294.24 drawn on the bank account of HDSW to purported vendor **TIMOTHY DEWAYNE BRANCH**.

6. It was further part of the conspiracy that **TIMOTHY DEWAYNE BRANCH** had not provided goods or services to HDSW and **FAITH ROBERSON** had not received authorization to issue him payments on behalf of HDSW.

7. It was further part of the conspiracy that **TIMOTHY DEWAYNE BRANCH** agreed to give a portion of the funds sent by **FAITH ROBERSON** to **FAITH ROBERSON**.

8. It was further part of the conspiracy that on November 25, 2015, **TIMOTHY DEWAYNE BRANCH** sent a wire transfer to **FAITH ROBERSON** in the amount of $1,000.00.

9. It was further part of the conspiracy that on March 10, 2016, **TIMOTHY DEWAYNE BRANCH** sent a wire transfer to **FAITH ROBERSON** in the amount of $1,200.00.

All in violation of Title 18, United States Code, Section 1349.

## FORFEITURE ALLEGATION

The Grand Jury further finds probable cause that:

10. Pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Section 1349 as set forth in Count I, the defendant(s) shall forfeit to the United States of America any property, real or personal, constituting or derived from proceeds traceable to said violation.

11. Subject to forfeiture is a sum of money equal to the total value of any property, real or personal, constituting or derived from any proceeds traceable to said violation.

12. Specific property subject to forfeiture includes, but is not limited to, the following:

   a. 2007 Chevrolet Avalanche, VIN – 3GNEC12J47G307242;

   b. 2010 Chevrolet Camaro, VIN – 2G1FC1EV3A9169702; and

   c. 2013 Ford Focus, VIN – 1FADP3F22DL288492.

13. If any of the property described above, as a result of any act or omission of the defendant(s):

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

d.  has been substantially diminished in value; or

e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

DATED: _____                                            A TRUE BILL.


_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney


_____
Gwendolyn E. Carroll
Assistant United States Attorney